## CUMBERLAND FARMS, INC. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF WESTBROOK

The plaintiff's petition for certification for appeal from the Appellate Court, 74 Conn. App. 622 (AC 21047), is denied.

*Gregory M. Harris,* in support of the petition.

*John B. Farley, Duncan B. Forsyth* and *Ralph W. Johnson III,* in opposition.

Decided March 19, 2003

## STATE OF CONNECTICUT *v.* NATHANIEL BOYKIN

The defendant's petition for certification for appeal from the Appellate Court, 74 Conn. App. 679 (AC 21209), is denied.

*Richard W. Callahan,* special public defender, in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided March 19, 2003

## STATE OF CONNECTICUT *v.* FRED JOHN ANDERSON

The defendant's petition for certification for appeal from the Appellate Court, 74 Conn. App. 633 (AC 21322), is denied.

*Kent Drager,* senior assistant public defender, in support of the petition.

*Paul E. Murray,* state's attorney, in opposition.

Decided March 19, 2003